

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carlos Gregorio Martinez<br><br>Petitioner,<br>V.<br>USA<br><br>Respondent. | Civil Action No.   16cv1562−WQH<br><br>AMENDED<br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The motion pursuant to 28 USC 2255 filed by Defendant/Petitioner Carlos Gregorio Martinez is granted as to Count 3. The motion pursuant to 28 U.S.C. 2255 filed by Defendant/Petitioner Carlos Gregorio Martinez is denied as to Count 2. Petitioner is granted a certificate of appealability.

Date:   2/13/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ M. Cruz

M. Cruz, Deputy